# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | | |
|---|---|---|
| BARRY VARDAMAN | * | |
|     PLAINTIFF | * | |
| | * | |
| V. | * | CASE NO. 4:18CV00503 SWW |
| | * | |
| ROBERT WILKIE, Secretary of the | * | |
| Department of Veterans Affairs, in his | * | |
| official capacity | * | |
|     DEFENDANT | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 12TH DAY OF MARCH, 2020.

                                    <u>Susan Webber Wright</u>
                                    UNITED STATES DISTRICT JUDGE